UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
*********************************

JOHN KERUSKIE,

          Plaintiff,

    v.

MICHAEL J. ASTRUE,
COMMISSIONER
OF SOCIAL SECURITY,

          Defendant.
*********************************

Civil Action No. 12-cv-00927

**CONSENT ORDER TO REMAND PURSUANT TO SENTENCE 4 OF 42 U.S.C. § 405(g)**

This matter having been opened to the Court by RICHARD S. HARTUNIAN, United States Attorney for the Northern District of New York, and Sandra M. Grossfeld, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to the fourth sentence of 42 U.S.C. § 405(g), and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this _____ day of December, 2012;

ORDERED that the final decision of the Commissioner be REVERSED and REMANDED to the Defendant pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings.

SO ORDERED:

IT IS SO ORDERED:

*/s/ David E. Peebles*
David E. Peebles
U.S. Magistrate Judge

Dated: December 6, 2012

Keruskie Stipulation, NDNY 12-00927                                                Page 1

The undersigned hereby consent to the form and entry of the within order.

                                            RICHARD S. HARTUNIAN
                                            United States Attorney

By:   s/ Sandra M. Grossfeld
        Sandra M. Grossfeld
        Special Assistant U.S. Attorney
        Bar Roll No. 514022
        c/o Social Security Administration
        Office of the General Counsel
        26 Federal Plaza, Rm. 3904
        New York, NY 10278

CONBOY, MCKAY LAW FIRM

By:   s/ Lawrence D. Hasseler
        Lawrence D. Hasseler, Esq.
        Attorney for Plaintiff
        Bar Roll No. 101935
        307 State Street
        Carthage, NY 13619