# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**John Keruskie**
        Plaintiff
  vs.                              **CASE NUMBER: 12-CV-927 (TJM/DEP)**

**Michael J. Astrue, Commissioner of Social Security**
        Defendant

**Decision by Court.**  This action came to hearing before the Court.
The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That pursuant to the Consent Order stipulated to by the parties, this action is hereby REMANDED to the Commissioner of Social Security pursuant to sentence four of 42 USC section 405(g) for further administrative proceedings.

All of the above pursuant to the Consen Order of the Honorable Magistrate Judge David E. Peebles, dated the 6 th day of December, 2012.

DATED: December 6, 2012

                                          Clerk of Court

                                          s/

                                          Joanne Bleskoski
                                          Deputy Clerk